## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Western District of Texas

Case Number: 1:23-CV-00019

Plaintiff:
**Cindy McNatt, individually and as dependant admininstrator of Estate of Joshua ray McNatt, et al.**

vs.

Defendant:
**Williamson County, Texas, et al.**

For:
Law Offices of Dean Malone, P.C.
900 Jackson Street
Ste. 730
Dallas, TX 75202

Received by Emmanuel F. Morales on the 9th day of January, 2023 at 12:21 pm to be served on **Brandon W. McBay, 2001 E. 18th Street, Georgetown, Williamson County, TX 78626.**

I, Emmanuel F. Morales, being duly sworn, depose and say that on the **10th day of January, 2023** at **1:29 pm**, I:

**SUBSTITUTE** served by delivering a true copy of the **Summons in a Civil Action and Plaintiff's Original Complaint** with the date of service endorsed thereon by me, to **Eliza Vasquez** as **Co-Resident / Girlfriend** at the address of **2001 E. 18th Street, Georgetown, Williamson County, TX 78626,** the within named person's usual place of abode, who resides therein, who is sixteen (16) years of age or older and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the foregoing occurred. The facts in this affidavit are within my personal knowledge and are true and correct.

Subscribed and sworn to before me on the 10 day of January, 2023 by the affiant who is personally known to me.

_Katherine A Mitchell_
NOTARY PUBLIC

KATHERINE A. MITCHELL
My Notary ID # 131755992
Expires October 10, 2026

_Emmanuel F. Morales_
Emmanuel F. Morales
PSC-10708, Exp. 12/31/2023

01-10-2023
Date

Our Job Serial Number: ATX-2023000301
Ref: McNatt v. Wilco