## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Western District of Texas

Case Number: 1:23-CV-00019

Plaintiff:
**Cindy McNatt, individually and as dependant admininstrator of Estate of Joshua ray McNatt, et al.**

vs.

Defendant:
**Williamson County, Texas, et al.**

For:
Law Offices of Dean Malone, P.C.
900 Jackson Street
Ste. 730
Dallas, TX 75202

Received by Emmanuel F. Morales on the 9th day of January, 2023 at 12:21 pm to be served on **Williamson County, Texas c/o Honorable County Judge Bill Gravell, Jr., 710 S. Main Street, Ste. 101, Georgetown, Williamson County, TX 78626.**

I, Emmanuel F. Morales, being duly sworn, depose and say that on the **12th day of January, 2023 at 11:36 am, I:**

executed to a **GOVERNMENT AGENCY** by delivering a true copy of the **Summons in a Civil Action and Plaintiff's Original Complaint** with the date of delivery endorsed thereon by me, to **Bill Gravell, Jr.** at the address of **710 S. Main Street, Ste. 101, Georgetown, Williamson County, TX 78626** as **Honorable County Judge** for **Williamson County, Texas c/o Honorable County Judge Bill Gravell, Jr.**, and informed said person of the contents therein.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the foregoing occurred. The facts in this affidavit are within my personal knowledge and are true and correct.

Subscribed and sworn to before me on the 12 day of January, 2023 by the affiant who is personally known to me.

NOTARY PUBLIC

Emmanuel F. Morales
PSC-10708, Exp. 12/31/2023
Date: 01-12-2023

Our Job Serial Number: ATX-2023000298
Ref: McNatt v. Wilco

KATHERINE A. MITCHELL
My Notary ID # 131755992
Expires October 10, 2026