## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Western District of Texas

Case Number: 1:23-CV-00019

Plaintiff:
**Cindy McNatt, individually and as dependant admininstrator of Estate of Joshua ray McNatt, et al.**

vs.

Defendant:
**Williamson County, Texas, et al.**

For:
Law Offices of Dean Malone, P.C.
900 Jackson Street
Ste. 730
Dallas, TX 75202

Received by Ryan McDonald on the 9th day of January, 2023 at 12:35 pm to be served on **Jimmy D. Mobley, 2313 Broken Wagon Drive, Leander, Travis County, TX 78641**.

I, Ryan McDonald, being duly sworn, depose and say that on the **13th day of January, 2023** at **5:31 pm**, I:

**INDIVIDUALLY/PERSONALLY** delivered a true and correct copy of the **Summons in a Civil Action and Plaintiff's Original Complaint** with the date of delivery endorsed thereon by me, to **Jimmy D. Mobley** at the address of **2313 Broken Wagon Drive, Leander, Travis County, TX 78641** and informed said person of the contents therein.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the foregoing occurred. The facts in this affidavit are within my personal knowledge and are true and correct.

Subscribed and sworn to before me on the 17th day of January, 2023 by the affiant who is personally known to me.

NOTARY PUBLIC

Daniela Galvan
My Commission Expires
05/08/2024
ID No 132470912

Ryan McDonald
PSC - 14980, Exp. 5/31/2024

Date: 01/17/23

Our Job Serial Number: ATX-2023000304
Ref: McNatt v. Wilco

Copyright © 1992-2023 DreamBuilt Software, Inc · Process Server's Toolbox V8.2m