IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
FEB 6 2023
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | | |
|---|---|---|
| CINDY MCNATT, individually and as dependent administrator of Estate of JOSHUA RAY MCNATT, and on behalf of JOHN MCNATT, minor T.R.M, the ESTATE OF JOSHUA RAY MCNATT, and all of JOSHUA RAY MCNATT's heirs-at-law and wrongful death beneficiaries, <br><br>*Plaintiffs*, <br><br>v. <br><br>WILLIAMSON COUNTY, TEXAS; BRANDON W. MCBAY; JIMMY D. MOBLEY; and SARA E. PECORILLA, <br><br>*Defendants*. | § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 1:23-cv-00019-LY |

**ORDER GRANTING DEFENDANTS *UNOPPOSED* MOTION
FOR EXTENSION OF TIME TO ANSWER AND/OR OTHERWISE
RESPOND TO THE CLAIMS IN PLAINTIFFS' ORIGINAL COMPLAINT**

The Court has considered Defendants Williamson County, Texas', Brandon W. McBay's, Jimmy D. Mobley's, and Sara E. Pecorilla's Unopposed Motion for Extension of Time to Answer and/or Otherwise Respond to the Claims in Plaintiffs' Original Complaint (Dkt. No. 1) ("Motion"). After considering the Motion, the Court is of the opinion that the Motion should be GRANTED. It is, therefore,

ORDERED that Defendants' Motion is hereby GRANTED. Defendants' new deadline to answer or otherwise respond to Plaintiffs' Original Complaint (Dkt. No. 1) is February 14, 2023.

Case 1:23-cv-00019-LY   Document 9   Filed 02/06/23   Page 2 of 2

SIGNED this 6th day of February, 2023.

_____
PRESIDING JUDGE

4831432