UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Cindy McNatt | § | |
| | § | |
| vs. | § | NO:  AU:23-CV-00019-DAE |
| | § | |
| Williamson County, Texas, et al | § | |

ORDER VACATING PRETRIAL CONFERENCE AND TRIAL DATE

On September 21, 2023 the above named and numbered civil action was transferred to the Honorable David A. Ezra, Senior United States District Judge. The pretrial conference and trial setting set by the Court's Scheduling Order (Dkt No. 13) entered on April 24, 2023 are hereby VACATED.  <u>The remaining deadlines in said scheduling order shall remain in effect</u>.  The pretrial conference and trial for this case will be reset at a later date by this honorable court.

IT IS SO ORDERED.

DATED: Austin, Texas, October 24, 2023.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE